## UNITED STATES BANKRUPTCY COURT
### District of New Jersey

| | |
|---|---|
| **In re:** LTL Management LLC vs. Those Parties Listed on Appendix A to the Complaint and John and Jane Does, Kirk Williams, Official Committee of Talc Claimants, Official Committee of Talc Claimants II | Chapter: **11** <br> Case Number: **21-30589** <br> Civil Number: _____ <br> Adversary Number: **21-3032** <br> Bankruptcy Judge: **KAPLAN** |

### AMENDED
### TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT**   ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

- ☒ Notice of Appeal
- ☒ Order being Appealed
- ☐ Designation of Record on Appeal
- ☐ Statement of Issues
- ☐ Transcript
- ☐ Transcript Ordered On: _____
- ☐ Motion for Leave to Appeal
- ☐ Certification of Failure to File Designation
- ☐ Motion to Withdraw the Reference
- ☒ Other: Clerk's Certificate of Service

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on **March 7, 2022**. The parties to the appeal are:

**Appellant(s):** Official Committee of Talc Claimants II, Patricia Cook, Evan Plotkin, Randy Derouen, Kristie Doyle as estate representative of Dan Doyle, Katherine Tollefson, Tonya Whetsel as estate of Brandon Whetsel

**Attorney:** Cooley LLP
**Address:** 55 Hudson Yards
New York, NY 10001

**Appellee(s):** LTL Management LLC
**Attorney:** Wollmuth Maher & Deutsch LLP
**Address:** 500 Fifth Avenue
New York, NY 10110

**Title of Order Appealed:** #187 Order (I) Declaring That Automatic Stay Applies To Certain Actions Non-Debtors and (II) Preliminary Enjoining Certain Actions.

**Date Entered On Docket:** March 4, 2022

☒ An appeal has not previously been filed in this case.

☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| 21-cv-20252 Motion to Withdraw the Reference (Not an appeal) | Chief Judge Freda L. Wolfson | November 29, 2021 |
| 22-cv-01292 | Chief Judge Freda L. Wolfson | March 10, 2022 |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____   Judge assigned: _____
By: _____   Date: _____

*rev. 8/28/17*